STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Jacqueline B. Manecke
Miller & Associates
P. O. Box 1630
Crowley LA 70527-1630

Michael Benny Miller
Miller & Associates
P. O. Drawer 1630
Crowley LA 70527-1630

REHEARING ACTION: March 11, 2015

Docket Number: 14   00872-WCA

PATSY SYLVESTER BARBIER
VERSUS
KRAFT FOODS, ET AL.

Appealed from Office of Workers' Compensation - # 4 Case No. 13-01121

BEFORE JUDGES:

Hon. Ulysses Gene Thibodeaux
Hon. James T. Genovese
Hon. David Kent Savoie

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Patsy Sylvester Barbier** has this day been

**DENIED.**

cc: Lindsay Flexer Louapre, Counsel for the Appellee